### DIDIO RAMOS v. THE STATE.

#### No. 5053.  Decided May 29, 1918.

**Local Option—Sufficiency of the Evidence.**

Where, upon appeal from a conviction of a violation of the local option law, the evidence was sufficient to sustain the verdict, there was no reversible error.

Appeal from the County Court of Nacogdoches.  Tried below before the Hon. J. F. Perritte.

Appeal from a conviction of the violation of the local option law; penalty, a fine of sixty-two dollars and fifty-cents and twenty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of violating the local option law, his punishment being assessed at a fine of $62.50 and twenty days imprisonment in the county jail.

There are no legal questions presented for revision.  It is contended, however, that the evidence is not sufficient.  The State's testimony shows a sale by the defendant to the alleged purchaser, Collins.  Collins testified that he bought a quart and a half, or a quart and a pint of whisky from appellant and paid him $2.75 for it.  Appellant denies the transaction.  This formed an issue of fact for solution by the jury.  Under this condition of the record we would not feel justified in reversing the case.  The judgment, therefore, will be affirmed.

*Affirmed.*